```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL M. THOMAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```



**FILED**

AUG 2 2 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF: ) S.W. NO 2:12-844 EFB
                                 )
5433 Mossy Stone Way             )
Rancho Cordova, CA;              ) ORDER RE: REQUEST TO UNSEAL
Black 199 Toyota pickup          ) SEARCH WARRANT AND SEARCH
(CA license 8V41310              ) WARRANT AFFIDAVIT
                                 )
                                 )
                                 )
_____)

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: August 22, 2013

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge

1